528

No. 698. L'Hote et al. v. Crowell, Deputy Commissioner, et al. Submitted April 22, 1932. Decided April 25, 1932. *Per Curiam:* The judgment of the Circuit Court of Appeals herein is reversed and the cause is remanded to the District Court with directions to affirm the order of the Deputy Commissioner rejecting the claim of Zeb Payne. *Crowell* v. *Benson,* 285 U. S. 22. *Mr. Arthur A. Moreno* was on the brief for petitioners. *Messrs. H. W. Robinson* and *Daniel J. Murphy* were on the brief for Zeb Payne, respondent. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Claude R. Branch* and *W. Clifton Stone* were on the brief for Crowell, respondent.